B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**W.E. Yoder, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**23-1524526** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**41 South Maple Street**<br>**Kutztown, PA**<br>ZIP Code **19530** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Berks** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **W.E. Yoder, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | W.E. Yoder, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ David B. Smith**
Signature of Attorney for Debtor(s)

**David B. Smith 59098**
Printed Name of Attorney for Debtor(s)

**Smith Kane Holman, LLC**
Firm Name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**

Address

**Email: dsmith@skhlaw.com**
**610-407-7215  Fax: 610-407-7218**
Telephone Number

**December 18, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William E. Yoder**
Signature of Authorized Individual

**William E. Yoder**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 18, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **W.E. Yoder, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allstates Bonding, Inc.**<br>**331 North Broad Street**<br>**Lansdale, PA 19446** | **Allstates Bonding, Inc.**<br>**331 North Broad Street**<br>**Lansdale, PA 19446** | **bond fees** | | **14,506.00** |
| **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **credit card** | | **4,874.75** |
| **Bencardino Excavating, Inc.**<br>**1423 Wells Drive**<br>**Bensalem, PA 19020** | **Bencardino Excavating, Inc.**<br>**1423 Wells Drive**<br>**Bensalem, PA 19020** | **trade debt** | | **20,052.54** |
| **Brubacher Excavating, Inc.**<br>**825 Reading Road**<br>**PO Box 528**<br>**Bowmansville, PA 17507** | **Brubacher Excavating, Inc.**<br>**825 Reading Road**<br>**PO Box 528**<br>**Bowmansville, PA 17507** | **trade debt** | | **52,446.43** |
| **Crown Rail**<br>**6347 Northfield Road**<br>**West Bloomfield, MI 48322** | **Crown Rail**<br>**6347 Northfield Road**<br>**West Bloomfield, MI 48322** | **trade debt** | | **13,380.12** |
| **Eastern Alliance Insurance Group**<br>**PO Box 206**<br>**1097 Commercial Avenue**<br>**East Petersburg, PA 17520** | **Eastern Alliance Insurance Group**<br>**PO Box 206**<br>**1097 Commercial Avenue**<br>**East Petersburg, PA 17520** | **insurance premiums** | | **11,296.00** |
| **Handwerk Site Contractors**<br>**2052 Lucon Road**<br>**PO Box 55**<br>**Skippack, PA 19474** | **Handwerk Site Contractors**<br>**2052 Lucon Road**<br>**PO Box 55**<br>**Skippack, PA 19474** | **trade debt** | | **16,122.50** |
| **Hanson Aggregates, Inc.**<br>**15620 Collection Center Drive**<br>**Chicago, IL 60693** | **Hanson Aggregates, Inc.**<br>**15620 Collection Center Drive**<br>**Chicago, IL 60693** | **trade debt** | | **4,284.97** |
| **Holland Co. #72396**<br>**JP Morgan Holland Co. #72396**<br>**131 S. Dearborn**<br>**6th Floor**<br>**Chicago, IL 60603** | **Holland Co. #72396**<br>**JP Morgan Holland Co. #72396**<br>**131 S. Dearborn**<br>**Chicago, IL 60603** | **trade debt** | | **16,682.50** |

B4 (Official Form 4) (12/07) - Cont.

In re  **W.E. Yoder, Inc.**  
           Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Joint Funds - Engineers Eastern PA & DE I.U.O.E. 542 Benefit Funds** PO Box 1477 Fort Washington, PA 19034 | **Joint Funds - Engineers Eastern PA & DE I.U.O.E. 542 Benefit Funds** Fort Washington, PA 19034 | **union obligations** | | **10,410.85** |
| **Klehr Harrison Harvey Branzburg, LLP** 457 Haddonfield Road Suite 510 Cherry Hill, NJ 08002 | **Klehr Harrison Harvey Branzburg, LLP** 457 Haddonfield Road Suite 510 Cherry Hill, NJ 08002 | **legal fees** | | **40,510.03** |
| **Laborers Local Union 158 H&W** 2201 Forest Hills Drive Suite 6A Harrisburg, PA 17112 | **Laborers Local Union 158 H&W** 2201 Forest Hills Drive Suite 6A Harrisburg, PA 17112 | **union obligations** | | **12,464.00** |
| **Laborers Local Union No. 158 - Pension** 2201 Forest Hills Drive Suite 6A Harrisburg, PA 17112 | **Laborers Local Union No. 158 - Pension** 2201 Forest Hills Drive Suite 6A Harrisburg, PA 17112 | **union obligations** | | **9,348.00** |
| **McTighe, Weiss & O'Rourke, P.C.** 11 East Airy Street Norristown, PA 19401 | **McTighe, Weiss & O'Rourke, P.C.** 11 East Airy Street Norristown, PA 19401 | **legal services** | | **16,110.56** |
| **National Penn Bank** PO Box 547 Boyertown, PA 19512-9988 | **National Penn Bank** PO Box 547 Boyertown, PA 19512-9988 | **bank debt** | | **32,105.35** |
| **Nordco, Inc.** 245 W. Forest Hill Avenue Oak Creek, WI 53154 | **Nordco, Inc.** 245 W. Forest Hill Avenue Oak Creek, WI 53154 | **trade debt** | | **5,220.19** |
| **North American Rail Products (USA), Inc.** 2541 Joshua Drive Sinking Spring, PA 19608 | **North American Rail Products (USA), Inc.** 2541 Joshua Drive Sinking Spring, PA 19608 | **trade debt** | | **90,113.67** |
| **Praxair Distribution Mid Atlantic** 1800 North 11th St. Reading, PA 19604 | **Praxair Distribution Mid Atlantic** 1800 North 11th St. Reading, PA 19604 | **trade debt** | | **6,283.87** |
| **Progress Rail Services, Inc. Bjorn Corporation** PO Box 464 Rockford, MN 55373 | **Progress Rail Services, Inc. Bjorn Corporation** PO Box 464 Rockford, MN 55373 | **trade debt** | | **47,085.20** |
| **Vossloh Track Materials, Inc.** 110 Corporate Drive Reading, PA 19605-1145 | **Vossloh Track Materials, Inc.** 110 Corporate Drive Reading, PA 19605-1145 | **trade debt** | | **1,077,899.41** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **W.E. Yoder, Inc.**                                                                                       Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 18, 2014**                              Signature   **/s/ William E. Yoder**
                                                                                         **William E. Yoder**
                                                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A&K Railroad Materials, Inc.
PO Box 30076
Salt Lake City, UT 84130


Aegis Security Insurance Company
2407 Parke Drive
Harrisburg, PA 17110


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Akens Engineering Associates, Inc.
219 East Main Street
Camp Hill, PA 17011


Allstates Bonding, Inc.
331 North Broad Street
Lansdale, PA 19446


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


APZB Industries
300 Ledgewood Place
Suite 301
Rockland, MA 02370


Associated Fasteners
PO Box C
Bath, PA 18014


Automotive Technicians Alliance
2512 Quakertown Road
Pennsburg, PA 18073

Bencardino Excavating, Inc.
1423 Wells Drive
Bensalem, PA 19020


Bernville Quality Fuels, Inc.
PO Box 10818
Albany, NY 12201


Bisgaier Hoff
25 Chestnut Street
Suite 3
Haddonfield, NJ 08033


Bond Customart
59 Kempton Raod
Kempton, PA 19529


Borough of Kutztown
45 Railroad Street
Kutztown, PA 19530


Bortz's Chain Saw Shop
45 Bortz Road
Oley, PA 19547


Brenda S. Bailey, Tax Coll
350 West Main Street (Rear)
Kutztown, PA 19530


Brubacher Excavating, Inc.
825 Reading Road
PO Box 528
Bowmansville, PA 17507


CCP Industries, Inc.
PO Box 73627
Cleveland, OH 44193

Central Penn  Oil
PO Box 2157
Reading, PA 19608


CHA, Inc.
3 Winners Circle
Albany, NY 12205-0269


Cleveland Track materials, Inc.
PO Box 71237
Cleveland, OH 44191


CNH Capital
CRA Payment Center
PO Box 3900
Lancaster, PA 17604-3900


Crown Rail
6347 Northfield Road
West Bloomfield, MI 48322


De Turk Hardware
326 Main STreet
Kutztown, PA 19530


Eastern Alliance Insurance Group
PO Box 206
1097 Commercial Avenue
East Petersburg, PA 17520


Federal Express Corporation
PO Box 371461
Pittsburgh, PA 15250-7461


Fromm Electric Supply Corp.
#62055
Baltimore, MD 21264-2055

Fulton Bank, N.A.
One Penn Square
5th Floor
Lancaster, PA 17602


Grainger
Dept. 833449788
Palatine, IL 60038-0001


H/H Industry AdvancementI.U.O.E.
542 Benefit Funds
Po Box 1477
Fort Washington, PA 19034


Handwerk Site Contractors
2052 Lucon Road
PO Box 55
Skippack, PA 19474


Hanson Aggregates, Inc.
15620 Collection Center Drive
Chicago, IL 60693


Harsco Track Technologies
1762 Solutions Center
PO Box 1771762
Chicago, IL 60677-1007


Healthworks
Fairground Medical Center
400 North 17th Street
Suite 207
Allentown, PA 18104


Holland Co. #72396
JP Morgan Holland Co. #72396
131 S. Dearborn
6th Floor
Chicago, IL 60603

```
Hougen Manufacturing, Inc.
PO Box 2005
Flint, MI 48501-2005




Internal Revenue Service
Special Procedures Section
PO Box 12051
Philadelphia, PA 19105




J.B. Long, Inc.
110 West Arch STreet
Suite 214
Fleetwood, PA 19522




Janet Gold, Esquire
Eisenberg, Gold & Cettei, P.C.
1040 North Kings Highway
Suite 200
Cherry Hill, NJ 08034




John Hill Machine Company, Inc.
233 Farview Road
Hamburg, PA 19526




Joint Funds - Engineers
Eastern PA & DE I.U.O.E. 542
Benefit Funds
PO Box 1477
Fort Washington, PA 19034




Klehr Harrison Harvey Branzburg, LLP
457 Haddonfield Road
Suite 510
Cherry Hill, NJ 08002




Kunkel's Saw & Mower Corp.
15031 Kutztown Road
Kutztown, PA 19530
```

Kutztown Auto Exhaust
111 E. Main Street
Kutztown, PA 19530


Laborers Local Union 158 H&W
2201 Forest Hills Drive
Suite 6A
Harrisburg, PA 17112


Laborers Local Union No. 158 - Pension
2201 Forest Hills Drive
Suite 6A
Harrisburg, PA 17112


Levan Machine Co., Inc.
3417 Pricetown Road
Fleetwood, PA 19522


Lorco Petroleum Services
450 South Front Street
Elizabeth, NJ 07202


Marko Radiator, Inc.
725 West Coal Street
Shenandoah, PA 17976


Mastermans, LLP
PO Box 411 C Street
Auburn, MA 01501-0411


McTighe, Weiss & O'Rourke, P.C.
11 East Airy Street
Norristown, PA 19401


Mr. Bob's Portable Toilets
151 Big Hill Road
Southampton, NJ 08088

MSC Industrial Supply
Dept. CH 0075
Palatine, IL 60055-0075


National Penn Bank
PO Box 547
Boyertown, PA 19512-9988


Nordco, Inc.
245 W. Forest Hill Avenue
Oak Creek, WI 53154


North American Rail Products (USA), Inc.
2541 Joshua Drive
Sinking Spring, PA 19608


Office Service Company
1009 Tuckerton Court
Reading, PA 19605


PA Dept. of Labor & Industry
444 North 3rd Street
Philadelphia, PA 19123


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Pennsylvania One Call System, Inc.
PO Box 641121
Pittsburgh, PA 15264-1121


Pennsylvania Truck Center
310 Mifflin Drive
Wrightsville, PA 17368

Performance Polymers, Inc.
36 Raglin Place
Cambridge, Ontario Canada


Polycorp Ltd.
PO Box 74958
Cleveland, OH 44194-4958


Praxair Distribution Mid Atlantic
1800 North 11th St.
Reading, PA 19604


Progress Rail Services, Inc.
Bjorn Corporation
PO Box 464
Rockford, MN 55373


R/W Connection Inc.
PO Box 287
Silver Spring, PA 17575


Reading Auto Spring Co., Inc.
142 S. Fourth Street
Reading, PA 19602-1612


Reading Electric
80 Witman Road
Reading, PA 19605


RJ Fasteners
777 Schwab Road
Suite I
Hatfield, PA 19440-3272


Robert P. Grim, Esquire
262 West Main Street
Kutztown, PA 19530

```
Sokol Quarries, Inc.
PO Box 366
Bloomsburg, PA 17815



Solt's Sawmill, Inc.
33 South Park Avenue
Mertztown, PA 19539-9000



SOS Metal Products, Inc.
2945 East Tioga Street
Philadelphia, PA 19134



Track Materials, L.P.
41 South Maple Street
Kutztown, PA 19530



Triple Cities Acquisition, LLC
76 Frederick Street
PO Box 2247
Binghamton, NY 13902



Verizon
P.O. Box 28000
Lehigh Valley, PA 18002-8000



Village Motors, Inc.
53 Walnuttown
Fleetwood, PA 19522



Vossloh Track Materials, Inc.
110 Corporate Drive
Reading, PA 19605-1145



W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101
```

```
William and Joanne Yoder
41 South Maple Street
Kutztown, PA 19530


Yeager Supply Inc.
PO Box 1177
Reading, PA 19603


Yoder Real Estate Partnership
41 South Maple Street
Kutztown, PA 19530
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **W.E. Yoder, Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **W.E. Yoder, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 18, 2014** | **/s/ David B. Smith** |
| Date | **David B. Smith 59098** |
| | Signature of Attorney or Litigant |
| | Counsel for **W.E. Yoder, Inc.** |
| | **Smith Kane Holman, LLC** |
| | **112 Moores Road** |
| | **Suite 300** |
| | **Malvern, PA 19355** |
| | **610-407-7215 Fax:610-407-7218** |
| | **dsmith@skhlaw.com** |