B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **W.E. Yoder, Inc.**                                                                                     Case No. _____

                                                  Debtor(s)                                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allstates Bonding, Inc.** <br> **331 North Broad Street** <br> **Lansdale, PA 19446** | **Allstates Bonding, Inc.** <br> **331 North Broad Street** <br> **Lansdale, PA 19446** | **bond fees** | | **14,506.00** |
| **American Express** <br> **PO Box 360001** <br> **Fort Lauderdale, FL 33336-0001** | **American Express** <br> **PO Box 360001** <br> **Fort Lauderdale, FL 33336-0001** | **credit card** | | **4,874.75** |
| **Bencardino Excavating, Inc.** <br> **1423 Wells Drive** <br> **Bensalem, PA 19020** | **Bencardino Excavating, Inc.** <br> **1423 Wells Drive** <br> **Bensalem, PA 19020** | **trade debt** | | **20,052.54** |
| **Brubacher Excavating, Inc.** <br> **825 Reading Road** <br> **PO Box 528** <br> **Bowmansville, PA 17507** | **Brubacher Excavating, Inc.** <br> **825 Reading Road** <br> **PO Box 528** <br> **Bowmansville, PA 17507** | **trade debt** | | **52,446.43** |
| **Crown Rail** <br> **6347 Northfield Road** <br> **West Bloomfield, MI 48322** | **Crown Rail** <br> **6347 Northfield Road** <br> **West Bloomfield, MI 48322** | **trade debt** | | **13,380.12** |
| **Eastern Alliance Insurance Group** <br> **PO Box 206** <br> **1097 Commercial Avenue** <br> **East Petersburg, PA 17520** | **Eastern Alliance Insurance Group** <br> **PO Box 206** <br> **1097 Commercial Avenue** <br> **East Petersburg, PA 17520** | **insurance premiums** | | **11,296.00** |
| **Handwerk Site Contractors** <br> **2052 Lucon Road** <br> **PO Box 55** <br> **Skippack, PA 19474** | **Handwerk Site Contractors** <br> **2052 Lucon Road** <br> **PO Box 55** <br> **Skippack, PA 19474** | **trade debt** | | **16,122.50** |
| **Hanson Aggregates, Inc.** <br> **15620 Collection Center Drive** <br> **Chicago, IL 60693** | **Hanson Aggregates, Inc.** <br> **15620 Collection Center Drive** <br> **Chicago, IL 60693** | **trade debt** | | **4,284.97** |
| **Holland Co. #72396** <br> **JP Morgan Holland Co. #72396** <br> **131 S. Dearborn** <br> **6th Floor** <br> **Chicago, IL 60603** | **Holland Co. #72396** <br> **JP Morgan Holland Co. #72396** <br> **131 S. Dearborn** <br> **Chicago, IL 60603** | **trade debt** | | **16,682.50** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **W.E. Yoder, Inc.**                                                              Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Joint Funds - Engineers Eastern PA & DE I.U.O.E. 542 Benefit Funds**<br>**PO Box 1477**<br>**Fort Washington, PA 19034** | **Joint Funds - Engineers Eastern PA & DE I.U.O.E. 542 Benefit Funds**<br>**Fort Washington, PA 19034** | **union obligations** | | **10,410.85** |
| **Klehr Harrison Harvey Branzburg, LLP**<br>**457 Haddonfield Road**<br>**Suite 510**<br>**Cherry Hill, NJ 08002** | **Klehr Harrison Harvey Branzburg, LLP**<br>**457 Haddonfield Road**<br>**Suite 510**<br>**Cherry Hill, NJ 08002** | **legal fees** | | **40,510.03** |
| **Laborers Local Union 158 H&W**<br>**2201 Forest Hills Drive**<br>**Suite 6A**<br>**Harrisburg, PA 17112** | **Laborers Local Union 158 H&W**<br>**2201 Forest Hills Drive**<br>**Suite 6A**<br>**Harrisburg, PA 17112** | **union obligations** | | **12,464.00** |
| **Laborers Local Union No. 158 - Pension**<br>**2201 Forest Hills Drive**<br>**Suite 6A**<br>**Harrisburg, PA 17112** | **Laborers Local Union No. 158 - Pension**<br>**2201 Forest Hills Drive**<br>**Suite 6A**<br>**Harrisburg, PA 17112** | **union obligations** | | **9,348.00** |
| **McTighe, Weiss & O'Rourke, P.C.**<br>**11 East Airy Street**<br>**Norristown, PA 19401** | **McTighe, Weiss & O'Rourke, P.C.**<br>**11 East Airy Street**<br>**Norristown, PA 19401** | **legal services** | | **16,110.56** |
| **National Penn Bank**<br>**PO Box 547**<br>**Boyertown, PA 19512-9988** | **National Penn Bank**<br>**PO Box 547**<br>**Boyertown, PA 19512-9988** | **bank debt** | | **32,105.35** |
| **Nordco, Inc.**<br>**245 W. Forest Hill Avenue**<br>**Oak Creek, WI 53154** | **Nordco, Inc.**<br>**245 W. Forest Hill Avenue**<br>**Oak Creek, WI 53154** | **trade debt** | | **5,220.19** |
| **North American Rail Products (USA), Inc.**<br>**2541 Joshua Drive**<br>**Sinking Spring, PA 19608** | **North American Rail Products (USA), Inc.**<br>**2541 Joshua Drive**<br>**Sinking Spring, PA 19608** | **trade debt** | | **90,113.67** |
| **Praxair Distribution Mid Atlantic**<br>**1800 North 11th St.**<br>**Reading, PA 19604** | **Praxair Distribution Mid Atlantic**<br>**1800 North 11th St.**<br>**Reading, PA 19604** | **trade debt** | | **6,283.87** |
| **Progress Rail Services, Inc.**<br>**Bjorn Corporation**<br>**PO Box 464**<br>**Rockford, MN 55373** | **Progress Rail Services, Inc.**<br>**Bjorn Corporation**<br>**PO Box 464**<br>**Rockford, MN 55373** | **trade debt** | | **47,085.20** |
| **Vossloh Track Materials, Inc.**<br>**110 Corporate Drive**<br>**Reading, PA 19605-1145** | **Vossloh Track Materials, Inc.**<br>**110 Corporate Drive**<br>**Reading, PA 19605-1145** | **trade debt** | | **1,077,899.41** |